# United States Court of Appeals for the Fifth Circuit

———————

No. 23-50676
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

August 15, 2024

Lyle W. Cayce
Clerk

Carlos Antonio Raymond,

*Plaintiff—Appellant*,

*versus*

Ivest Properties, L.L.C.; Abdelhakim Rafati, *In His Official Capacity as Registered Agent*; Lydia O'Connel, *In Her Official Capacity as Bexar County Court Coordinator, Court 10*; Other Individuals and County Officials,

*Defendants—Appellees*.

———————

Appeal from the United States District Court
for the Western District of Texas
USDC Nos. 5:20-CV-1371, 5:20-CV-965

———————

Before Smith, Clement, and Wilson, *Circuit Judges*.

Per Curiam:*

After reviewing the parties' briefs and the record, we find no reversible error. We AFFIRM. *See* 5th Cir. R. 47.6.

———————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.